**John R. HALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 90959.**

Missouri Court of Appeals, Eastern District, Division One.

Sept. 23, 2008.

Jessica Hathaway, Assistant Public Defender, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before KURT S. ODENWALD, P.J., GLENN A. NORTON, J., and PATRICIA L. COHEN, J.

## *ORDER*

PER CURIAM.

John R. Hall ("Movant") appeals from the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion without an evidentiary hearing. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no clear error because the plea record contained a sufficient factual basis for Movant's guilty plea and plea counsel was not ineffective. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).